# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| WILLIAM FENNELL | § | Case No. 14-81097 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 3,020.00 |
| Total Distributions to Claimants: 2,959.28 | Claims Discharged <br> Without Payment: 112,790.23 |
| Total Expenses of Administration: 16,567.25 | |

3) Total gross receipts of $ 22,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,973.47  (see **Exhibit 2**), yielded net receipts of $ 19,526.53  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 233.18 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,567.25 | 16,567.25 | 16,567.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 563.32 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 111,993.73 | 2,942.33 | 2,942.33 | 2,959.28 |
| **TOTAL DISBURSEMENTS** | $ 112,790.23 | $ 19,509.58 | $ 19,509.58 | $ 19,526.53 |

4)  This case was originally filed under chapter 7 on  04/03/2014 .  The case was pending for 59 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/20/2019                    By:/s/BERNARD J. NATALE, TRUSTEE
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Workplace Harassment Case | 1129-000 | 22,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 22,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WILLIAM FENNELL | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,973.47 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,973.47** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TL-IL0673-131105-6959-00 Illinois Title Loans, Inc. 700 Front Street Mchenry, IL 60050 | | 233.18 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 233.18** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE LTD | 2100-000 | NA | 2,702.65 | 2,702.65 | 2,702.65 |
| BERNARD J. NATALE LTD | 2200-000 | NA | 11.82 | 11.82 | 11.82 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 5,185.00 | 5,185.00 | 5,185.00 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 84.75 | 84.75 | 84.75 |
| LAW OFFICE OF MICHAEL J. FLECK PC | 3210-600 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| MICHAEL J. FLECK PC | 3220-610 | NA | 1,083.03 | 1,083.03 | 1,083.03 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,567.25 | $ 16,567.25 | $ 16,567.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | , | | 281.66 | NA | NA | 0.00 |
| | Sophie Fennell | | | | | |
| | 2409 South Street | | | | | |
| | Rolling Meadows, IL 60008 | | 281.66 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 563.32 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAMS o/b/o Centegra Hospital of McHenry 4800 Mills Civic Pkwy. Ste 202 West Des Moines, IA 50265 | | 1,285.00 | NA | NA | 0.00 |
| | Advanced Cardiology Consult. 1710 N. Randall Road Ste 340 Elgin, IL 601239405 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARM o/b/o Credit One Bank<br>P.O. BOx 129<br>Thorofare, NJ 080860129 | | 735.87 | NA | NA | 0.00 |
| | Arnold Scott Harris, P.C.<br>o/b/o Illinois Tollway<br>Authority<br>111 W. Jackson Blvd. Ste 600<br>Chicago, IL 606044134 | | 141.60 | NA | NA | 0.00 |
| | Berman & Rabin, P.A. o/b/o<br>CitiBank, South Dakota<br>15280 Metcalf Avenue<br>Overland Park, KS 66233 | | 463.03 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker &<br>Moore<br>o/b/o Chase Manhattan Bank<br>125 S. Wacker Dr. Ste 400<br>Chicago, IL 60606 | | 4,749.58 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker &<br>Moore<br>o/b/o MRC Receivables<br>125 S. Wacker Dr. Ste 400<br>Chicago, IL 60606 | | 2,155.41 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Business Revenue Systems, Inc. o/b/o McHenry Radiologists & Imaging P.O. Box 13077 Des Moines, IA 50310077 | | 96.00 | NA | NA | 0.00 |
| | C.B. Accounts Inc. o/b/o Northwest Comm. Hospital 1101 Main Street Peoria, IL 61606 | | 581.00 | NA | NA | 0.00 |
| | Calvary Portfolio Services o/b/o Sprint P.O. Box  27288 Tempe, AZ 852857288 | | 478.35 | NA | NA | 0.00 |
| | Capital One P.O. Box 5294 Carol Stream, IL 601975294 | | 701.80 | NA | NA | 0.00 |
| | Centegra Health System P.O. Box 1447 Woodstock, IL 60098 | | 6,040.50 | NA | NA | 0.00 |
| | Centegra Health System P.O. Box 17 Arrowsmith, IL 617220017 | | 1,285.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centegra Health System P.O. Box 1990 Woodstock, IL 60098 | | 963.75 | NA | NA | 0.00 |
| | Centegra Hospital-Woodstock P.O. Box 1990 Woodstock, IL 600981900 | | 1,991.50 | NA | NA | 0.00 |
| | Centegra Physician Care P.O. Box 37847 Philadelphia, PA 19101 | | 1,354.00 | NA | NA | 0.00 |
| | Centegra Physician Care P.O. Box 37847 Philadelphia, PA 19101 | | 1,398.00 | NA | NA | 0.00 |
| | Centegra Physician Care P.O. Box 37847 Philadelphia, PA 19101 | | 1,331.00 | NA | NA | 0.00 |
| | Centegra Primary Care 13707 W. Jackson Street Woodstock, IL 60098 | | 258.00 | NA | NA | 0.00 |
| | Centegra Specialty Hospital Woodstock, South Street P.O. BOx 1990 Woodstock, IL 600981990 | | 5,160.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CEP America Illinois LLP o/b/o Sherman Hospital P.O. Box 582663 Modesto, CA 953580046 | | 144.00 | NA | NA | 0.00 |
| | Chase P.O. Box 100018 Kennewaw, GA 30156 | | 13,914.91 | NA | NA | 0.00 |
| | Comcast Cable P.O. Box 3002 Southeastern, PA 193983002 | | 199.82 | NA | NA | 0.00 |
| | Continental Finance P.O. Box 30311 Tampa, FL 336303311 | | 533.29 | NA | NA | 0.00 |
| | Creditors Collection o/b/o Greater Elgin Emerg. P.O. Box 63 Kankakee, IL 609010063 | | 159.97 | NA | NA | 0.00 |
| | Greater Elgin Family Care Ctr. 370 Summit Street Elgin, IL 601203843 | | 27.60 | NA | NA | 0.00 |
| | Harris & Harris, Ltd. o/b/o Centegra Health System 111 W. Jackson Blvd. Ste 400 Chicago, IL 60604 | | 10,339.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris & Harris, Ltd. o/b/o Centegra Health System 111 W. Jackson Blvd. Ste 400 Chicago, IL 60604 | | 7,237.30 | NA | NA | 0.00 |
| | Harris & Harris, Ltd. o/b/o Sherman Hospital 111 W. Jackson Blvd. Ste 400 Chicago, IL 60604 | | 215.79 | NA | NA | 0.00 |
| | Illinois Dept. Employment Security P.O. Box 4385 Chicago, IL 60680 | | 336.00 | NA | NA | 0.00 |
| | Jacob Collection Group, LLC o/b/o LVNV Funding LLC 2623 West Oxford Loop Oxford, MS 386555442 | | 805.73 | NA | NA | 0.00 |
| | Lake McHenry Pathology Assoc. 520 E. 22nd Street Lombard, IL 60148 | | 188.00 | NA | NA | 0.00 |
| | Lake McHenry Pathology Assoc. 520 E. 22nd Street Lombard, IL 60148 | | 315.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Linebarger Goggan Blair & Sampson o/b/o Illinois State Tax P.O. Box 06140 Chicago, IL 606060140 | | 599.05 | NA | NA | 0.00 |
| | McHenry Co. States Attorney Bad Check Restitution Program P.O. Box 970 Woodstock, IL 600980970 | | 250.00 | NA | NA | 0.00 |
| | MCM o/b/o Verizon 8875 Aero Drive Ste 200 San Diego, CA 92123 | | 747.37 | NA | NA | 0.00 |
| | Merchants Credit Guide o/b/o Northwest Suburban Imaging 223 W. Jackson Blvd. Ste 4 Chicago, IL 60606 | | 74.00 | NA | NA | 0.00 |
| | Mirand Response Systems, Inc. o/b/o Woodforest P.O. Box 219050 Houston, TX 77218 | | 303.31 | NA | NA | 0.00 |
| | Moraine Emergency Physicians PO Box 8579 Philadelphia Pa, 19 101 | | 801.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Credit Adjusters o/b/o PDO Financial LLC P.O. Box 3023 - 327 W. 4th St. Hutchinson, KS 67504 | | 256.00 | NA | NA | 0.00 |
| | NCA Financial, Inc. o/b/o Circuit City 1731 Howe Avenue #254 Sacramento, CA 95825 | | 31,570.00 | NA | NA | 0.00 |
| | NCI O/B/O A-TEC Ambulance, Inc. 3601 Algonquin Rd. Ste 232 Rolling Meadows, IL 60008 | | 2,892.50 | NA | NA | 0.00 |
| | NCI O/B/O Huntley Fire Protection 3601 Algonquin Rd. Ste 232 Rolling Meadows, IL 60008 | | 533.00 | NA | NA | 0.00 |
| | NCO FIN Systems, Inc. o/b/o Moraine Emer. Physicians P.O. Box 15740 Wilmington, DE 198505740 | | 801.00 | NA | NA | 0.00 |
| | Northwest Community Hospital P.O. Box 95698 Chicago, IL 606945698 | | 581.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Suburban Imaging<br>34659 Eagle Way<br>Chicago, IL 606781346 | | 32.00 | NA | NA | 0.00 |
| | Portfolio Recovery<br>Associates, LLC.<br>o/b/o Orchard Bank<br>P.O. Box 12914<br>Norfolk, VA 23502 | | 597.33 | NA | NA | 0.00 |
| | Portfolio Recovery<br>Associates, LLC.<br>o/b/o Title Holdings Inc.<br>P.O. Box 12914<br>Norfolk, VA 23502 | | 371.07 | NA | NA | 0.00 |
| | Professional Account<br>Management LLC<br>o/b/o TCF Bank<br>P.O. Box 391<br>Milwaukee, WI 532010391 | | 98.70 | NA | NA | 0.00 |
| | Sherman Hospital<br>1425 North Randall Road<br>Elgin, IL 60123 | | 339.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southwest Credit o/b/o AT & T Illinois 5910 W. Plano Parkway Ste 100 Plano, Taxas 75093-4638 , | | 1,083.06 | NA | NA | 0.00 |
| | State Collection Service, Inc. o/b/o MHS Physician Services P.O. Box 6250 Madison, WI 53716 | | 3,401.35 | NA | NA | 0.00 |
| | Transworld Systems o/b/o American Marketing 1375 East Woodfield  Rd. #110 Schaumburg, IL 60173 | | 478.94 | NA | NA | 0.00 |
| | Universal Cash Express 713 S. Eastwood Drive Woodstock, IL 60098 | | 152.45 | NA | NA | 0.00 |
| | West Asset Management, Inc. o/b/o Sprint PCS P.O. Box 2348 Sherman, TX 75091 | | 394.13 | NA | NA | 0.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | NA | 679.28 | 679.28 | 679.28 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | American InfoSource LP as agent for | 7100-000 | NA | 496.39 | 496.39 | 496.39 |
| 1 | Cavalry SPV I LLC | 7100-000 | NA | 513.71 | 513.71 | 513.71 |
| 2 | LVNV Funding LLC | 7100-000 | NA | 669.64 | 669.64 | 669.64 |
| 5 | Capital One, N.A. | 7200-000 | NA | 583.31 | 583.31 | 583.31 |
| | American InfoSource LP as agent for | 7990-000 | NA | NA | NA | 6.77 |
| | Capital One, N.A. | 7990-000 | NA | NA | NA | 3.36 |
| | Cavalry SPV I LLC | 7990-000 | NA | NA | NA | 2.96 |
| | LVNV Funding LLC | 7990-000 | NA | NA | NA | 3.86 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 111,993.73 | $ 2,942.33 | $ 2,942.33 | $ 2,959.28 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-81097 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAM FENNELL | | | | Date Filed (f) or Converted (c): | 04/03/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/15/2014 |
| For Period Ending: | 02/20/2019 | | | | Claims Bar Date: | 09/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 2.  Household goods and furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 3.  Wearing Apparel Residence | 500.00 | 0.00 | | 0.00 | FA |
| 4.  2000 Ford Ranger | 2,300.00 | 0.00 | | 0.00 | FA |
| 5.  Workplace Harassment Case | Unknown | 30,000.00 | | 22,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $3,020.00          $30,000.00          $22,500.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DISCRIMATION CASE FILED, BEING PROSECUTED BY SPECIAL COUNSEL.  ONE DEFENDANT DISMISSED WITH PREJUDICE FOR PROCEDURAL REASONS.
SPECIAL COUNSEL HAS APPEALED DECISION.  UNDERLYING CASE AGAINST CO-DEFENDANT ALSO PENDING IN THE PLEADINGS STAGE.

4/26/2018 CASE SETTLED. EXCHANGING DRAFTS OF SETTLEMENT DOCUMENTS. THEREAFTER, MOTION TO APPROVE COMPROMISE TO BE PREPARED AND
FILED.

| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
|---|---|---|---|
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Order Entered 6/11/14 Denying Exemption |

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-81097 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|
| Case Name: | WILLIAM FENNELL | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9010 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2584 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 02/20/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/14/18 | 5 | Eastgate Manor of Algonquin Operating Account 665 W. North Avenue Suite 500 Lombard IL 60148 | Compromise Workplace Harassment Case | 1129-000 | $22,500.00 | | $22,500.00 |
| 08/27/18 | 1101 | LAW OFFICE OF MICHAEL J. FLECK PC 11608 DEAN STREET STE 100 HUNTLEY IL 60142 | Spec Counsel - Fennell | 3210-000 | | $7,500.00 | $15,000.00 |
| 08/27/18 | 1102 | MICHAEL J. FLECK PC 11608 DEAN ST STE 100 HUNTLEY IL 60142 | Spec Counsel Exp - Fennell | 3220-000 | | $1,083.03 | $13,916.97 |
| 11/09/18 | 1103 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Distribution | | | $2,714.47 | $11,202.50 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($2,702.65) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses ($11.82) | 2200-000 | | | |
| 11/09/18 | 1104 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL 61107 | Distribution | | | $5,269.75 | $5,932.75 |
| | | BERNARD J. NATALE LTD | Attorney Fees ($5,185.00) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses ($84.75) | 3120-000 | | | |
| 11/09/18 | 1105 | Cavalry SPV I LLC P O Box 27288 Tempe AZ 85282 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $516.67 | $5,416.08 |
| | | | ($2.96) | 7990-000 | | | |
| | | Cavalry SPV I LLC | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($513.71) | 7100-000 | | | |

| | | | Page Subtotals: | | $22,500.00 | $17,083.92 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No:  14-81097 | Trustee Name:  BERNARD J. NATALE, TRUSTEE |
| Case Name:  WILLIAM FENNELL | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX9010 |
| | Checking |
| Taxpayer ID No:  XX-XXX2584 | Blanket Bond (per case limit):  $3,000.00 |
| For Period Ending:  02/20/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/09/18 | 1106 | LVNV Funding LLC assignee of MHC Receivables, LLC Resurgent Capital Services PO Box 10587 Greenville, SC  29603-0587 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $673.50 | $4,742.58 |
| | | | | ($3.86) | 7990-000 | | |
| | | LVNV Funding LLC | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($669.64) 7100-000 | | | |
| 11/09/18 | 1107 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK  73124-8848 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $683.19 | $4,059.39 |
| | | | | ($3.91) | 7990-000 | | |
| | | American InfoSource LP as agent for | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($679.28) 7100-000 | | | |
| 11/09/18 | 1108 | American InfoSource LP as agent for DIRECTV, LLC PO Box 51178 Los Angeles, CA  90051-5478 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $499.25 | $3,560.14 |
| | | | | ($2.86) | 7990-000 | | |
| | | American InfoSource LP as agent for | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($496.39) 7100-000 | | | |
| 11/09/18 | 1109 | Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | REF #8765/Kohls | | | $586.67 | $2,973.47 |
| | | | | ($3.36) | 7990-000 | | |
| | | Capital One, N.A. | REF #8765/Kohls | ($583.31) 7200-000 | | | |
| 11/09/18 | 1110 | WILLIAM FENNELL 25830 S HOWARD DR SUN LAKES AZ 85248-6822 | Distribution of surplus funds to debtor. | 8200-002 | | $2,973.47 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $5,416.08 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $22,500.00 | $22,500.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $22,500.00 | $22,500.00 |
| Less: Payments to Debtors | | $0.00 | $2,973.47 |
| Net | | $22,500.00 | $19,526.53 |

Page Subtotals:                                    $0.00            $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-81097 | | | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | WILLIAM FENNELL | | | Bank Name: | Axos Bank |
| | | | | Account Number/CD#: | XXXXXX0108 |
| | | | | | Checking |
| Taxpayer ID No: | XX-XXX2584 | | | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 02/20/2019 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0108 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX9010 - Checking | $22,500.00 | $19,526.53 | $0.00 |
| | $22,500.00 | $19,526.53 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $22,500.00 |
| Total Gross Receipts: | $22,500.00 |

Page Subtotals:      $0.00      $0.00